# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS. § | CAUSE NO. 4:25-mj-00468- |
| § | |
| BENJAMIN HANIL SONG § | |

### NOTICE OF ENTRY OF APPEARANCE OF COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, PHILLIP HAYES, on behalf of BENJAMIN HANIL SONG, Defendant, and enters his appearance as Counsel for Defendant, and in support thereof would show the Court the following:

I.

Defendant has retained PHILLIP HAYES, Attorney at Law, 3300 Oak Lawn, Suite 600, Dallas, Texas 75219, to represent him.

WHEREFORE, PREMISES CONSIDERED, Defendant, respectfully requests that this Court enter an order naming PHILLIP HAYES, as attorney of record.

Respectfully submitted,

/s/PHILLIP HAYES
PHILLIP HAYES
State Bar No. 24012803
3300 Oak Lawn, Ste. 600
Dallas, Texas 75219
(214) 774-0488
Fax: (214) 528-6601
Phayes1995@hotmail.com

**ATTORNEY FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of September 2025, I filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the parties of this case.

/s/PHILLIP HAYES
PHILLIP HAYES